AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) | |
| v. | ) | Case No. |
| MICHAEL STEPHEN JOHNSON | ) | 3:25mj267/ZCB |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 16, 2025 _____ in the county of _____ Escambia _____ in the
_____ Northern _____ District of _____ Florida _____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 922(g)(1) | - Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

See attached Affidavit of Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Task Force Officer (TFO) Brittany A. Crawford, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brittany A. Crawford, ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/18/2025

_____
*Judge's signature*

City and state: _____ Pensacola, Florida _____

Zachary C. Bolitho, U.S. Magistrate Judge
*Printed name and title*

RCVD USDC FLND PN
JUL 18 '25 PM4:08