IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 3:25mj267/ZCB

MICHAEL STEPHEN JOHNSON

_____/

## AFFIDAVIT

I, Brittany A. Crawford, being duly sworn as a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), deposes and states the following:

## INTRODUCTION

1. I am currently assigned as a Task Force Officer with the ATF Pensacola Field Office tasked with investigating firearms violations and other criminal violations under Titles 18, 21, and 26 of the United States Code. I am currently an Investigator in the Major Crimes Unit at the Escambia County Sheriff's Office and have been so employed since September of 2020. I successfully completed 770 hours of Basic Recruit Training at the George Stone Criminal Justice Training Center and completed hundreds of additional training courses related to my current assignments. Prior to becoming a law enforcement officer, I earned a Bachelor's Degree in Criminal Justice from the University of Central Florida. I have participated in

1



numerous criminal investigations to include those related to robberies, attempted homicides, homicides, and firearms and narcotics violations.

2.  This Affidavit is made in support of a Criminal Complaint against Michael Stephen **JOHNSON (JOHNSON)** for a violation of Title 18, United States Code, Section 922(g)(1), Felon in Possession of a Firearm, of which occurred within the Northern District of Florida.

3.  The facts set forth in this Affidavit are based on my personal participation in this investigation and from information provided by special agents, investigators, and officers from various federal, state, and local law enforcement agencies, as well as my experience, training, and background as an ATF TFO. Because this Affidavit is being submitted solely to establish probable cause to seek an arrest warrant for **JOHNSON**, I have not included every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause that **JOHNSON** committed the crime of Felon in Possession of a Firearm as set forth below.

## **PROBABLE CAUSE**

4.  On or about July 16, 2025, the Escambia County Sheriff's Office (ECSO) received a 911 call in reference to a victim shot at a residence located on Wilson Avenue, in Pensacola, Florida. The 911 caller advised that Michael **JOHNSON** had shot an individual named Joshua Demoss.

5. Upon arrival, ECSO deputies located Joshua Demoss deceased in the backyard from multiple gunshot wounds. **JOHNSON** was identified on scene as the shooter, and therefore was detained and transported, without incident, to ECSO Investigations for an interview with Major Crimes Investigators.

6. Investigator Joshua Timo conducted the recorded interview and advised **JOHNSON** of his *Miranda* Rights from an ECSO Rights Waiver Form. **JOHNSON** stated that he understood his rights, signed the Rights Waiver, and elected to speak with law enforcement. **JOHNSON** stated that, on or about the evening of July 15, 2025, Joshua Demoss came to his residence and allegedly attacked another friend of his. Additionally, on or about the morning of July 16, 2025, Joshua Demoss came back to the residence and "robbed" another friend of a piece of jewelry. **JOHNSON** advised that he agreed to allow his friends to contact law enforcement to trespass Joshua Demoss from the property due to these individuals being afraid of him.

7. On or about July 16, 2025, ECSO Deputies were dispatched to the Wilson Avenue residence and issued a trespass warning to Joshua Demoss, at which time he left the residence.[1] **JOHNSON** stated a few hours later, he observed Joshua Demoss walk through his residence and into the backyard. **JOHNSON** advised he

---

[1] At the time, ECSO Deputies informed those at the residence, to include **JOHNSON**, that if Demoss returned to the residence, they could call ECSO for assistance with a violation of trespass.

3

quickly armed himself with a firearm from inside of the residence and walked outside to ask Joshua Demoss to leave the property. **JOHNSON** stated that, while holding the firearm, upon telling Demoss to leave, Demoss stated, "you going to shoot me? Go ahead and shoot me, fuck boy," and took a step towards **JOHNSON**, who was standing on the top of a set of stairs that lead outside. **JOHNSON** claimed he was in fear due to prior knowledge of Joshua Demoss carrying a knife,[2] coupled with alleged previous threats of violence, therefore he discharged the firearm multiple times, striking and killing Joshua Demoss.

8. During the interview, Investigator Timo inquired about the firearm, and **JOHNSON** described it as a .22 assault rifle. **JOHNSON** stated he purchased the firearm from Joshua Demoss within the past few months for approximately $150.00. **JOHNSON** advised that after the shooting, he placed the firearm in his daughter's bedroom at the foot of the bed. **JOHNSON** also stated during the interview that he was a convicted felon and served approximately 25 years between state and federal prison.

9. A residential search warrant was obtained for the Wilson Avenue residence. ECSO Investigators executed the search warrant immediately thereafter, and located the following:

---

[2] Law enforcement did not locate a knife or other weapon on the victim upon arrival on scene.

4

- a Mossberg Model 702 Pinkster, semi-automatic 22LR caliber rifle, bearing SN: EFA221530, with a magazine, located inside of a bedroom; and

- six (6) fired .22 caliber casings located throughout the crime scene.

10. A review of **JOHNSON's** criminal history revealed that he was previously convicted of multiple felonies to include: Deadly Missiles (1996); Aggravated Assault with a Firearm (1998); Deadly Missiles (1998); and Robbery of a Banking Institution (2000, Federal).

11. **JOHNSON** was arrested by state authorities for a violation of Possession of a Firearm by a Convicted Felon.

12. A Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) nexus expert made a preliminary finding that the firearm was not manufactured in the State of Florida, and therefore at some point traveled in interstate and/or foreign commerce.

13. An intial query from the Office of Executive Clemency revealed that as a prohibited convicted felon, **JOHNSON's** rights to possess firearms have not been restored.

## CONCLUSION

14. Based upon the above facts, I believe probable cause exists that Michael Stephen **JOHNSON** committed one count of Felon in Possession of a Firearm, in

violation of Title 18, United States Code, Section 922(g)(1), on or about July 16, 2025, within in the Northern District of Florida.

15. I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

*[signature]*
TFO Brittany A. Crawford
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me on this 18th day of July 2025, in Pensacola, Florida.

*[signature]*
ZACHARY C. BOLITHO
United States Magistrate Judge